CATHARINE A. WHITLOCK, Respondent, *v.* THE TOWN OF BRIGHTON, Appellant.

*Whitlock* v. *Town of Brighton,* 2 App. Div. 21, affirmed.
(Argued December 10, 1897; decided January 11, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 26, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict, and from an order of the Appellate Division which affirmed an order denying a motion for a new trial.

*Theodore Bacon* for appellant.

*William F. Cogswell* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

WILLIAM H. CLAPP, Respondent, *v.* THE TOWN OF ELLINGTON, Appellant.

*Clapp* v. *Town of Ellington,* 87 Hun, 542, affirmed.
(Argued December 13, 1897; decided January 11, 1898.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered June 28, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Frank W. Stevens* for appellant.

*A. C. Wade* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except HAIGHT, J., not sitting.